*746
 

 Per Curiam.
 

 Judgment affirmed (see
 
 Matter of Paciona
 
 v.
 
 Marshall,
 
 35 N Y 2d 289). We would also note that the petitioner made a timely motion to dismiss the indictment allege ing illegality of the jury selection process. Appellate review of a denial of that motion, if available at all, would only be on direct appeal from a judgment of conviction if one ensued. (CPL 470.15, subd. 1; CPLR 7801, subd. 1; cf.
 
 People
 
 v.
 
 Chestnut,
 
 26 N Y 2d 481.)
 

 Chief Judge Bbeitel and Judges Jasen, Gabkielli, Jones, Wachtleb, Rabin and Stevens concur in
 
 Per Curiam
 
 opinion.
 

 Judgment affirmed, without costs.